UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM MOLABOLA LAGARDE,<br><br>                            Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>                            Defendant. | Case No.: 18cv811-LAB (JLB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; AND**<br><br>**ORDER OF DISMISSAL** |

      Plaintiff Abraham Lagarde filed a complaint, appealing a denial of benefits by the Commissioner of Social Security. This matter was referred to Magistrate Judge Jill Burkhardt for report and recommendation, pursuant to 28 U.S.C. § 636.

      The parties filed a joint motion (Docket no. 17), giving their respective positions. On February 19, 2019, Judge Burkhardt issued her report and recommendation (the "R&R"), which recommended affirming the Commissioner's decision.

      A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id*. "A judge of the court may accept, reject, or modify,

in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This section does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).

Objections to the R&R were due March 6, 2019, but none have been filed. The Court has reviewed the R&R, finds it to be correct, and **ADOPTS** it. Because the R&R recommended a disposition of the arguments in the joint motion (Docket no. 17), this order amounts to a ruling on that motion, and the Clerk is directed to terminate it. The Commissioner's decision is **AFFIRMED**, and this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: March 25, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge